UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIME INSURANCE COMPANY,
an Illinois Corporation,

    Plaintiff,

v.                                            Case No.:  2:24-cv-421-SPC-KCD

MEDICAB TRANSPORTATION,
LLC, JASON RHODES, DALE
JOHNSON and ESTATE OF
MARGARET ST. AUBIN,

    Defendants/Third Party
    Plaintiffs,

PRIME PROPERTY & CASUALTY
INSURANCE, INC.,

    Third Party Defendants
_____/

## ORDER

Before the Court is Third-Party Plaintiff Medicab Transportation, LLC's

Motion for the Appointment of Process Server. (Doc. 35.) The motion is

**DENIED WITHOUT PREJUDICE**. Under Federal Rule 4(c)(2), any person

who is at least 18 years old and not a party may serve a summons and

complaint. Though the Court may specially appoint a process server if

requested, *see* Fed. R. Civ. P. 4(c)(3), Medicab does nothing to explain why a

special appointment is necessary here. *See* Local Rule 3.01(a) (a motion must

include a legal memorandum supporting the request).

**ORDERED** in Fort Myers, Florida on August 19, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record