UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIME INSURANCE COMPANY,
INC.,

     Plaintiff,

v.                                                                   Case No.:   2:24-cv-421-SPC-DNF

MEDICAB TRANSPORTATION,
LLC, JASON RHODES, DALE
JOHNSON, and ESTATE OF
MARGARET ST. AUBIN, by and
through MARK ST. AUBIN,
personal representative,

     Defendants/Counterclaim
     Plaintiffs,

v.

PRIME INSURANCE COMPANY, INC.,

     Counterclaim Defendant,

and

PRIME PROPERTY & CASUALTY
INSURANCE, INC.

     Third-Party Defendant.

_____/

**ORDER**

Upon *sua sponte* review of the file, the Court suspends all upcoming deadlines under the amended scheduling order (Doc. 115). [1] The Court will issue a Second Amended Case Management and Scheduling Order by separate notice.

Accordingly, it is

**ORDERED:**

All upcoming deadlines in the scheduling order (Doc. 115) are **SUSPENDED**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] The Court's docket has been overwhelmed by several hundred habeas petitions from detainees at the immigration detention facility known as Alligator Alcatraz. These cases and the motions filed in them are time-sensitive and require prompt attention. This onslaught of cases and the heavy burden they place on the Court make it virtually impossible to determine when the Court might be able to rule on pending motions or try this case (if necessary). The Court strongly encourages the parties to consent to the United States Magistrate Judge for future proceedings. Of course, the parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).